UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) CAUSE NO. 3:09-CR-00044(01) RM |
| VICTOR REMARCIK | ) |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on June 23, 2009 [Doc. No. 30]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Victor Remarcik's plea of guilty, and FINDS the defendant guilty of Count 4 of the Indictment, in violation of 18 U.S.C. § 922(g)(1).

SO ORDERED.

ENTERED:  July 14, 2009 

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court